IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:01cv330 |
| vs. : | |
| : | District Judge Susan J. Dlott |
| JOMAR DAVID HINESMON, : | |
| : | |
| Defendant(s) : | |

ORDER

Pursuant to 28 U.S.C. § 636(b)(1)(A), (B) and (C) and §636(b)(3), the above-captioned matter is hereby referred to Timothy S. Hogan, United States Magistrate Judge. The Magistrate Judge is empowered to deal with all post-judgment motions and procedures, whether dispositive or not, and to render a report and recommendation to the Court on any matters classified as dispositive by statute. No transcript need be prepared on non-dispositive matters.

IT IS SO ORDERED.


   s/Susan J. Dlott
Susan J. Dlott
United States District Judge