UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

2005 APR 28  AM 10: 17

United States of America,
    Plaintiff(s),

v.

Case No.  1:01cv0330
(Dlott, J.; Hogan, M.J.)

Jomar Hinesmon,
    Defendant(s).

## CIVIL MINUTES
### Show Cause Hearing on Judgment Debtor Examination
before the
**HONORABLE TIMOTHY S. HOGAN, U.S. MAGISTRATE JUDGE**

**COURTROOM DEPUTY:** Arthur Hill
**LAW CLERK:**
**COURT REPORTER:** Tere Moore, Barlow Reporting
**DATE:** April 28, 2005     **TIME:** 10:00 am

Attorney for Plaintiff(s): _Deborah Sanders_

Attorney for Defendant(s): _Jomar Hinesmon (Pro-Se)_

### WITNESSES

### PROCEDURES

_✓_ Counsel Present.
___ Arguments held on_____
___ Court's decision to follow.
___ Court ordered in open court that_____
___ Case continued to _____.
Remarks: _Judgment debtor exam held._