# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| **Plaintiff,** | ) |
| | ) **CASE NO: C-1-01-330** |
| vs. | ) |
| **JOMAR DAVID HINESMON,** | ) **JUDGE DLOTT** |
| SSN: XXX-XX-9149 | ) |
| **Defendant,** | ) |
| and | ) |
| **PPD Development, LP** | ) |
| **Garnishee.** | ) |

## APPLICATION FOR A WRIT OF CONTINUING GARNISHMENT

Now comes the United States of America by its representative the United States Attorney for the Southern District of Ohio and for its cause of action alleges:

1. Plaintiff, United States of America, pursuant to Title 28 U.S.C. §3205 (b)(1), requests the issuance of a Writ of Continuing Garnishment against certain property of the Defendant, Jomar David Hinesmon, also referred to as "debtor" or "judgment debtor" which is (or may become) in the possession, custody or control of PPD Development, LP, Garnishee herein, for satisfaction of the monies owed by said Defendant, to the United States of America upon the judgment entered against the Defendant in the above-captioned case.

2. This debt arises from the August 1, 2001 judgment entered in favor of the Plaintiff against Defendant in Action No. C-1-01-330. The amount of said judgment debt that remains unpaid and due and owing is: $7,423.65 ($7,298.36 principal and $125.29 interest) as of February 2, 2006, with additional interest accruing thereafter at the rate of 3.56 percent per annum. Plaintiff further requests that it be allowed to recover as part of this garnishment, a surcharge of ten percent (10%) of

the amount of the currently outstanding debt pursuant to 28 U.S.C. § 3011(a).

    3.    Defendant's last known address is:  5477 Bahama Ter., Cincinnati, OH  45223.

    4.    Not less than 30 days has elapsed since demand for payment of the above stated debt was made upon debtor.  The last demand notice for payment was December 15, 2005.  Since that time the judgment debtor has failed to pay the amount due.

    5.    The Garnishee is believed to have possession of property (including but not limited to nonexempt disposable earnings), in which the judgment debtor has a substantial nonexempt interest, and will owe the money or property to the judgment debtor.

    6.    The name and address of the Garnishee or its authorized agent is:

        PPD Development, LP
        3151 South 17th St.
        Attn: Human Resources
        Wilmington, NC 28412

The requirements of Title 28 U.S.C. § 3205 (b) having been satisfied, Plaintiff, United States of America hereby requests the issuance of a Writ of Continuing Garnishment.

    Respectfully submitted,

    GREGORY G. LOCKHART
    United States Attorney

    s/ Deborah F. Sanders
    DEBORAH F. SANDERS (0043575)
    Assistant United States Attorney
    Southern District of Ohio
    303 Marconi Boulevard, Suite 200
    Columbus, Ohio  43215-2401
    (614) 469-5715

CERTIFICATE OF SERVICE

      I hereby certify that the foregoing Application for a Writ of Continuing Garnishment was electronically filed with the Clerk of the Court using the CM/ECF system and that it was served by regular U.S. mail, postage prepaid this ___6th____ day of ___February____, 2006 upon Defendant, Jomar D. Hinesmon, 5477 Bahama Terrace, Cincinnati, OH 45223

      s/ Deborah F. Sanders  
      DEBORAH F. SANDERS (0043575)  
      Assistant United States Attorney

N:\_ECF Workload\DSanders\Hinesmon - Mot for Garn.wpd